IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JIMMIE LEE SINGLETON, Defendant. | CR 20-79-BLG-SPW  ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 18) pending against the Defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the trial in this matter presently set for October 26, 2020 at 9:00 a.m. is **VACATED**.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 1st day of October, 2020.

*(signature)*
SUSAN P. WATTERS
United States District Court Judge